1:02 PM
01/30/13
Accrual Basis

# Daytona Property Management
## Expenses by Vendor Detail
### November 1, 2012 through January 30, 2013

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Acew Hardware** | | | | | | | | |
| Credit Card Charge | 11/13/2012 | | 434 Halifax:... | Materials (Property... | | DPM Credit C... | 26.51 | 26.51 |
| **Total Acew Hardware** | | | | | | | | 26.51 |
| **AT&T** | | | | | | | | |
| Check | 11/20/2012 | 3805 | 434 Halifax 3... | Telephone Expense... | | DAYTONA PR... | 422.03 | 422.03 |
| Check | 12/1/2012 | 3850 | Universal Car... | Credit Card | | DAYTONA PR... | 200.00 | 622.03 |
| Check | 12/20/2012 | 3934 | 386-248-391... | Telephone Expense... | | DAYTONA PR... | 581.87 | 1,203.90 |
| Check | 1/29/2013 | 1060 | Acct#: 386 2... | Telephone Expense... | | DAYTONA PR... | 366.44 | 1,570.34 |
| **Total AT&T** | | | | | | | | 1,570.34 |
| **BAKER & HOSTETLER, LLP** | | | | | | | | |
| Check | 11/1/2012 | 6945 | LEGAL FEES | LEGAL FEES | | DAYTONA PR... | 1,000.00 | 1,000.00 |
| **Total BAKER & HOSTETLER, LLP** | | | | | | | | 1,000.00 |
| **BILLS APPLIANCE SERVICE** | | | | | | | | |
| Check | 11/16/2012 | 6991 | 508 Eastwoo... | Appliance Repairs | | DAYTONA PR... | 55.91 | 55.91 |
| Check | 11/16/2012 | 6992 | 21 Peninsula... | Appliance Repairs | | DAYTONA PR... | 45.00 | 100.91 |
| Check | 1/4/2013 | 3967 | 308 N Penins... | Appliance Repairs | | DAYTONA PR... | 0.00 | 100.91 |
| Check | 1/28/2013 | 1044 | 308 Peninsul... | Appliance Repairs | | DAYTONA PR... | 57.00 | 157.91 |
| Check | 1/29/2013 | 1050 | 308 Peninsul... | Appliance Repairs | x | DAYTONA PR... | 45.00 | 202.91 |
| Check | 1/29/2013 | 1050 | Bank Charge... | Bank Service Charg... | | DAYTONA PR... | 12.00 | 214.91 |
| **Total BILLS APPLIANCE SERVICE** | | | | | | | | 214.91 |
| **BLUE CROSS BLUE SHIELD OF FLORIDA, INC** | | | | | | | | |
| Check | 12/1/2012 | 3852 | Health Insura... | MEDICAL | | DAYTONA PR... | 984.00 | 984.00 |
| Check | 1/11/2013 | 3981 | Contract#: H... | MEDICAL | x | DAYTONA PR... | 0.00 | 984.00 |
| Check | 1/11/2013 | 3981 | Jacks Health ... | MEDICAL | | DAYTONA PR... | 984.00 | 1,968.00 |
| **Total BLUE CROSS BLUE SHIELD OF FLORIDA, INC** | | | | | | | | 1,968.00 |
| **BRIGHTHOUSE NETWORKS** | | | | | | | | |
| Check | 11/2/2012 | 6953 | #0683470-02 | Utilities (Water, ele... | | DAYTONA PR... | 124.95 | 124.95 |
| Check | 12/4/2012 | 3877 | #0683470-02... | Utilities (Water, ele... | | DAYTONA PR... | 124.95 | 249.90 |
| Check | 1/4/2013 | 3965 | #0683470-02... | Utilities (Water, ele... | | DAYTONA PR... | 124.95 | 374.85 |
| Credit Card Charge | 1/25/2013 | 1012 | 442 Peninsul... | Utilities (Water, ele... | | DPM Credit C... | 69.95 | 444.80 |
| Check | 1/29/2013 | 1057 | #0683470-02... | Utilities (Water, ele... | | DAYTONA PR... | 124.95 | 569.75 |
| **Total BRIGHTHOUSE NETWORKS** | | | | | | | | 569.75 |
| **BRIGHTHOUSE NETWORKS'** | | | | | | | | |
| Check | 11/20/2012 | 3804 | 0341162-02 /... | Utilities (Water, ele... | | DAYTONA PR... | 75.45 | 75.45 |
| Check | 12/18/2012 | 3920 | 0341162-02 /... | Utilities (Water, ele... | | DAYTONA PR... | 69.95 | 145.40 |
| Check | 1/25/2013 | 1012 | 0341162-02 /... | Utilities (Water, ele... | | DAYTONA PR... | 69.95 | 215.35 |
| **Total BRIGHTHOUSE NETWORKS'** | | | | | | | | 215.35 |

1:02 PM
01/30/13
Accrual Basis

# Daytona Property Management
## Expenses by Vendor Detail
### November 1, 2012 through January 30, 2013

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **CHUCK KLEIN'S LAWN SERVICE** | | | | | | | | |
| Check | 11/5/2012 | 6975 | 442 Peninsul... | Lawn Expense | | DAYTONA PR... | 25.00 | 25.00 |
| Check | 11/5/2012 | 6975 | 433 Peninsul... | Lawn Expense | | DAYTONA PR... | 30.00 | 55.00 |
| Check | 11/5/2012 | 6975 | 121 Grandvie... | Lawn Expense | | DAYTONA PR... | 15.00 | 70.00 |
| Check | 11/5/2012 | 6975 | Harvey & Gra... | Lawn Expense | | DAYTONA PR... | 20.00 | 90.00 |
| Check | 11/5/2012 | 6975 | 509 Harvey, l... | Lawn Expense | | DAYTONA PR... | 10.00 | 100.00 |
| Check | 11/5/2012 | 6975 | 13, 21, 23, 2... | Lawn Expense | | DAYTONA PR... | 50.00 | 150.00 |
| Check | 11/5/2012 | 6975 | 232 Peninsul... | Lawn Expense | | DAYTONA PR... | 20.00 | 170.00 |
| Check | 11/5/2012 | 6975 | 236 Peninsul... | Lawn Expense | | DAYTONA PR... | 20.00 | 190.00 |
| Check | 11/5/2012 | 6975 | 308 Peninsul... | Lawn Expense | | DAYTONA PR... | 15.00 | 205.00 |
| Check | 11/5/2012 | 6975 | 330 Peninsul... | Lawn Expense | | DAYTONA PR... | 20.00 | 225.00 |
| Check | 11/5/2012 | 6975 | 320 Peninsul... | Lawn Expense | | DAYTONA PR... | 15.00 | 240.00 |
| Check | 11/5/2012 | 6975 | 324 Peninsul... | Lawn Expense | | DAYTONA PR... | 15.00 | 255.00 |
| Check | 11/5/2012 | 6975 | 318 Butler; la... | Lawn Expense | | DAYTONA PR... | 20.00 | 275.00 |
| Check | 11/5/2012 | 6975 | 316 Butler; la... | Lawn Expense | | DAYTONA PR... | 20.00 | 295.00 |
| Check | 11/5/2012 | 6975 | 311 Hollywoo... | Lawn Expense | | DAYTONA PR... | 20.00 | 315.00 |
| Check | 11/5/2012 | 6975 | 319 Hollywoo... | Lawn Expense | | DAYTONA PR... | 20.00 | 335.00 |
| Check | 11/5/2012 | 6975 | Monroe Lots;... | Lawn Expense | | DAYTONA PR... | 80.00 | 415.00 |
| Check | 11/5/2012 | 6975 | 813 Big Tree;... | Lawn Expense | | DAYTONA PR... | 30.00 | 445.00 |
| Check | 11/5/2012 | 6975 | 817 Big Tree;... | Lawn Expense | | DAYTONA PR... | 10.00 | 455.00 |
| Check | 11/5/2012 | 6975 | 4 Widmer; la... | Lawn Expense | | DAYTONA PR... | 30.00 | 485.00 |
| Check | 11/5/2012 | 6975 | 433 N Penins... | Lawn Expense | | DAYTONA PR... | 30.00 | 515.00 |
| Check | 12/7/2012 | 3893 | 121 Grandvie... | Lawn Expense | | DAYTONA PR... | 15.00 | 530.00 |
| Check | 12/7/2012 | 3893 | Grandview &... | Lawn Expense | | DAYTONA PR... | 20.00 | 550.00 |
| Check | 12/7/2012 | 3893 | 509 Harvey,... | Lawn Expense | | DAYTONA PR... | 10.00 | 560.00 |
| Check | 12/7/2012 | 3893 | 13, 21, 25 Pe... | Lawn Expense | | DAYTONA PR... | 50.00 | 610.00 |
| Check | 12/7/2012 | 3893 | 232 Peninsul... | Lawn Expense | | DAYTONA PR... | 20.00 | 630.00 |
| Check | 12/7/2012 | 3893 | 236 Peninsul... | Lawn Expense | | DAYTONA PR... | 20.00 | 650.00 |
| Check | 12/7/2012 | 3893 | 308 Peninsul... | Lawn Expense | | DAYTONA PR... | 15.00 | 665.00 |
| Check | 12/7/2012 | 3893 | 330 Peninsul... | Lawn Expense | | DAYTONA PR... | 20.00 | 685.00 |
| Check | 12/7/2012 | 3893 | 320 Peninsul... | Lawn Expense | | DAYTONA PR... | 15.00 | 700.00 |
| Check | 12/7/2012 | 3893 | 324 Peninsul... | Lawn Expense | | DAYTONA PR... | 15.00 | 715.00 |
| Check | 12/7/2012 | 3893 | 316 Butler; L... | Lawn Expense | | DAYTONA PR... | 20.00 | 735.00 |
| Check | 12/7/2012 | 3893 | 318 Butler; L... | Lawn Expense | | DAYTONA PR... | 20.00 | 755.00 |
| Check | 12/7/2012 | 3893 | 311 N Hollyw... | Lawn Expense | | DAYTONA PR... | 20.00 | 775.00 |
| Check | 12/7/2012 | 3893 | 319 Hollywoo... | Lawn Expense | | DAYTONA PR... | 20.00 | 795.00 |
| Check | 12/7/2012 | 3893 | Monroe Lots;... | Lawn Expense | | DAYTONA PR... | 80.00 | 875.00 |
| Check | 12/7/2012 | 3893 | 813 Big Tree;... | Lawn Expense | | DAYTONA PR... | 30.00 | 905.00 |
| Check | 12/7/2012 | 3893 | 817 Big Tree;... | Lawn Expense | | DAYTONA PR... | 10.00 | 915.00 |
| Check | 12/7/2012 | 3893 | 4 Widmer Cir... | Lawn Expense | | DAYTONA PR... | 30.00 | 945.00 |
| Check | 12/7/2012 | 3893 | 442 Peninsula | Lawn Expense | | DAYTONA PR... | 25.00 | 970.00 |
| Check | 12/7/2012 | 3893 | 433 Peninsula | Lawn Expense | | DAYTONA PR... | 30.00 | 1,000.00 |
| Check | 1/4/2013 | 3975 | 121 Grandview | Lawn Expense | | DAYTONA PR... | 15.00 | 1,015.00 |
| Check | 1/4/2013 | 3975 | Harvey & Gra... | Lawn Expense | | DAYTONA PR... | 20.00 | 1,035.00 |
| Check | 1/4/2013 | 3975 | 509 Harvey | Lawn Expense | | DAYTONA PR... | 10.00 | 1,045.00 |
| Check | 1/4/2013 | 3975 | 21 & 23 Peni... | Lawn Expense | | DAYTONA PR... | 50.00 | 1,095.00 |
| Check | 1/4/2013 | 3975 | 1.5 hr. Clean... | Lawn Expense | | DAYTONA PR... | 30.00 | 1,125.00 |
| Check | 1/4/2013 | 3975 | 232 Peninsula | Lawn Expense | | DAYTONA PR... | 20.00 | 1,145.00 |
| Check | 1/4/2013 | 3975 | 236 Peninsula | Lawn Expense | | DAYTONA PR... | 20.00 | 1,165.00 |

1:02 PM
01/30/13
Accrual Basis

## Daytona Property Management
### Expenses by Vendor Detail
### November 1, 2012 through January 30, 2013

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 1/4/2013 | 3975 | 308 Peninsula | Lawn Expense | | DAYTONA PR... | 20.00 | 1,185.00 |
| Check | 1/4/2013 | 3975 | 320 Peninsula | Lawn Expense | | DAYTONA PR... | 15.00 | 1,200.00 |
| Check | 1/4/2013 | 3975 | 330 Peninsula | Lawn Expense | | DAYTONA PR... | 20.00 | 1,220.00 |
| Check | 1/4/2013 | 3975 | 324 Peninsula | Lawn Expense | | DAYTONA PR... | 15.00 | 1,235.00 |
| Check | 1/4/2013 | 3975 | 316 Butler | Lawn Expense | | DAYTONA PR... | 20.00 | 1,255.00 |
| Check | 1/4/2013 | 3975 | 318 Butler | Lawn Expense | | DAYTONA PR... | 20.00 | 1,275.00 |
| Check | 1/4/2013 | 3975 | 311 Hollywood | Lawn Expense | | DAYTONA PR... | 20.00 | 1,295.00 |
| Check | 1/4/2013 | 3975 | 319 Hollywood | Lawn Expense | | DAYTONA PR... | 20.00 | 1,315.00 |
| Check | 1/4/2013 | 3975 | Monroe Lots | Lawn Expense | | DAYTONA PR... | 80.00 | 1,395.00 |
| Check | 1/4/2013 | 3975 | 813 Big Tree | Lawn Expense | | DAYTONA PR... | 30.00 | 1,425.00 |
| Check | 1/4/2013 | 3975 | 817 Big Tree | Lawn Expense | | DAYTONA PR... | 10.00 | 1,435.00 |
| Check | 1/4/2013 | 3975 | 4 Widmer | Lawn Expense | | DAYTONA PR... | 30.00 | 1,465.00 |
| Check | 1/4/2013 | 3975 | 1928 Marilyn... | Lawn Expense | | DAYTONA PR... | 35.00 | 1,500.00 |
| **Total CHUCK KLEIN'S LAWN SERVICE** | | | | | | | **1,500.00** | **1,500.00** |
| **CITY OF SOUTH DAYTONA** | | | | | | | | |
| Check | 11/5/2012 | 6967 | #374400700002 | Utilities (Water, ele... | | DAYTONA PR... | 38.20 | 38.20 |
| Check | 1/4/2013 | 3966 | 813 Big Tree:... | Utilities (Water, ele... | | DAYTONA PR... | 38.20 | 76.40 |
| **Total CITY OF SOUTH DAYTONA** | | | | | | | **76.40** | **76.40** |
| **CLERK OF COURT** | | | | | | | | |
| Check | 12/21/2012 | 3945 | 4 Widmer: C... | Personal Expense | | DAYTONA PR... | 35.59 | 35.59 |
| **Total CLERK OF COURT** | | | | | | | **35.59** | **35.59** |
| **COBB & COLE** | | | | | | | | |
| Check | 11/5/2012 | 6976 | INVOICE#82... | LEGAL FEES | | DAYTONA PR... | 6,087.97 | 6,087.97 |
| Check | 11/5/2012 | 6977 | INVOICE#83... | LEGAL FEES | | DAYTONA PR... | 4,417.87 | 10,505.84 |
| Check | 12/7/2012 | 3889 | File #:042588... | LEGAL FEES | | DAYTONA PR... | 2,330.00 | 12,835.84 |
| Check | 12/7/2012 | 3890 | File#: 024258... | LEGAL FEES | | DAYTONA PR... | 948.52 | 13,784.36 |
| Check | 12/7/2012 | 3891 | File#: 042588... | LEGAL FEES | | DAYTONA PR... | 2,730.70 | 16,515.06 |
| Check | 12/7/2012 | 3892 | File#: 042588... | LEGAL FEES | | DAYTONA PR... | 1,823.80 | 18,338.96 |
| **Total COBB & COLE** | | | | | | | **18,338.96** | **18,338.96** |
| **COLEMAN PLUMBING** | | | | | | | | |
| Check | 12/18/2012 | 3924 | SNAKED CL... | Plumbing Repairs | | DAYTONA PR... | 130.50 | 130.50 |
| Check | 12/18/2012 | 3924 | SNAKE MAC... | Plumbing Repairs | | DAYTONA PR... | 50.00 | 180.50 |
| Check | 12/18/2012 | 3924 | TOTAL MAT... | Plumbing Repairs | | DAYTONA PR... | 6.00 | 186.50 |
| Check | 12/31/2012 | 3952 | 1 of 2 payme... | Plumbing Repairs | | DAYTONA PR... | 0.00 | 186.50 |
| Check | 12/31/2012 | 3953 | 2 of 2 payme... | Plumbing Repairs | | DAYTONA PR... | 2,413.00 | 2,599.50 |
| Check | 1/25/2013 | 1004 | 1 of 2 payme... | Plumbing Repairs | x | DPM Credit C... | 2,413.00 | 5,012.50 |
| Check | 1/25/2013 | 1005 | 2 of 2 payme... | Plumbing Repairs | x | DPM Credit C... | 2,413.00 | 7,425.50 |
| Credit Card Charge | 1/25/2013 | 1004 | 317 Hollywo... | Plumbing Repairs | | DPM Credit C... | 2,413.00 | 9,838.50 |
| Credit Card Charge | 1/25/2013 | 1005 | 317 Hollywoo... | Plumbing Repairs | | DPM Credit C... | | |
| **Total COLEMAN PLUMBING** | | | | | | | **9,838.50** | **9,838.50** |

1:02 PM
01/30/13
Accrual Basis

# Daytona Property Management
## Expenses by Vendor Detail
### November 1, 2012 through January 30, 2013

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **County of Volusia** | | | | | | | | |
| Check | 12/4/2012 | 3879 | 813 Big Tree... | Taxes - Property (T... | | DAYTONA PR... | 1,425.62 | 1,425.62 |
| Check | 12/4/2012 | 3880 | 813 Big Tree... | Taxes - Property (T... | | DAYTONA PR... | 0.00 | 1,425.62 |
| Check | 12/4/2012 | 3881 | 813 Big Tree... | Taxes - Property (T... | | DAYTONA PR... | 694.19 | 2,119.81 |
| Check | 1/25/2013 | 1006 | 813 Big Tree... | Taxes - Property (T... | | DAYTONA PR... | 694.19 | 2,814.00 |
| Credit Card Charge | 1/25/2013 | 1007 | 813 Big Tree... | Taxes - Property (T... | | DPM Credit C... | 694.19 | 3,508.19 |
| Credit Card Charge | 1/25/2013 | 1007 | 813 Big Tree... | Taxes - Property (T... | | DPM Credit C... | 694.19 | 4,202.38 |
| **Total County of Volusia** | | | | | | | | 4,202.38 |
| **D. MICHAEL CLOWER, P.A.** | | | | | | | | |
| Check | 1/4/2013 | 3968 | Release&Lia... | LEGAL FEES | | DAYTONA PR... | 50.00 | 50.00 |
| **Total D. MICHAEL CLOWER, P.A.** | | | | | | | | 50.00 |
| **Dave Carter** | | | | | | | | |
| Check | 12/4/2012 | 3883 | Automotive:... | Automobile Expens... | | DAYTONA PR... | 1,300.00 | 1,300.00 |
| **Total Dave Carter** | | | | | | | | 1,300.00 |
| **DOLLAR GENERAL** | | | | | | | | |
| Credit Card Charge | 1/23/2013 | | 813 Big Tree... | Materials (Property ... | | DPM Credit C... | 18.80 | 18.80 |
| Credit Card Charge | 1/25/2013 | | 3790 Cardina... | Materials (Property ... | | DPM Credit C... | 6.39 | 25.19 |
| **Total DOLLAR GENERAL** | | | | | | | | 25.19 |
| **DRAGNET CREDIT & SCREENING, INC** | | | | | | | | |
| Check | 12/4/2012 | 3882 | November &... | SCREENING FEES | | DAYTONA PR... | 105.00 | 105.00 |
| **Total DRAGNET CREDIT & SCREENING, INC** | | | | | | | | 105.00 |
| **DRAIN MASTERS** | | | | | | | | |
| Check | 11/13/2012 | 6988 | 25 Peninsula... | Plumbing Repairs | | DAYTONA PR... | 80.00 | 80.00 |
| Check | 11/16/2012 | 6990 | 508 Eastwoo... | Plumbing Repairs | | DAYTONA PR... | 75.00 | 155.00 |
| Check | 12/4/2012 | 3878 | Installation of... | Plumbing Repairs | | DAYTONA PR... | 175.00 | 330.00 |
| Check | 12/13/2012 | 3898 | 216 Mornings... | Plumbing Repairs | | DAYTONA PR... | 65.00 | 395.00 |
| Check | 12/13/2012 | 3899 | 232 Peninsul... | Plumbing Repairs | | DAYTONA PR... | 65.00 | 460.00 |
| Check | 12/20/2012 | 3932 | 23 Peninsula... | Plumbing Repairs | | DAYTONA PR... | 75.00 | 535.00 |
| Check | 12/20/2012 | 3933 | 3764 Cardina... | Plumbing Repairs | | DAYTONA PR... | 80.00 | 615.00 |
| Check | 1/11/2013 | 3982 | 232 Peninsul... | Plumbing Repairs | x | DAYTONA PR... | 0.00 | 615.00 |
| Check | 1/25/2013 | 1003 | 232 Penin #2... | Plumbing Repairs | | DAYTONA PR... | 105.00 | 720.00 |
| Check | 1/25/2013 | 1010 | 236 Peninsul... | Plumbing Repairs | | DAYTONA PR... | 95.00 | 815.00 |
| Check | 1/25/2013 | 1011 | 507 Phoenix... | Plumbing Repairs | | DAYTONA PR... | 50.00 | 865.00 |
| Credit Card Charge | 1/25/2013 | 1011 | 232 Peninsul... | Plumbing Repairs | | DPM Credit C... | 105.00 | 970.00 |
| Credit Card Charge | 1/25/2013 | 1010 | 236 Peninsul... | Plumbing Repairs | | DPM Credit C... | 95.00 | 1,065.00 |
| Credit Card Charge | 1/25/2013 | 1011 | 507 Phoenix... | Plumbing Repairs | | DPM Credit C... | 50.00 | 1,115.00 |
| **Total DRAIN MASTERS** | | | | | | | | 1,115.00 |
| **FAMILY DOLLAR** | | | | | | | | |
| Credit Card Charge | 11/16/2012 | | Office Suppli... | Office Supplies (Offi... | | DPM Credit C... | 18.00 | 18.00 |
| **Total FAMILY DOLLAR** | | | | | | | | 18.00 |