UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILE DIVISION

In re:

GEA SEASIDE INVESTMENT, INC.   Case No. 3:13-bk-00165
                               Chapter 11
  Debtor,
_____/


JACK ABERMAN                   Case No: 3:13-bk-00167
                               Chapter 11
  Debtor.
_____/

## ORDER MODIFYING AUTOMATIC STAY AS TO SELECT PORTFOLIO

THIS CASE came before the Court upon Motion for Relief from Stay (Docket No. 69) ("the Motion") filed by Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the certificate holders of the IXIS Real Estate Capital Trust 2005-HE2, Mortgage Pass-Through Certificates, Series 2005-HE2. (the Movant"). The Court having considered the Motion, and the filed Consent of the Debtor (Docket No. 92) and being otherwise fully advised in the premises, it is

**ORDERED:**

1. The Motion, is granted with respect to Case No. 3:13-bk-00165 and Case No: 3:13-bk-00167.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is modified to permit Movant to commence and prosecute a mortgage foreclosure action in state court to take possession of the subject property, the legal description of which is:

**UNIT 409, THE TOWERS APARTMENTS CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE PLAT THEREOF RECORDED IN MAP BOOK 32, PAGE(S) 127 THROUGH 131, AND BEING FURTHER DESCRIBED IN THAT CERTAIN DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 1625, PAGE(S) 391, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA, TOGETHER WITH ITS UNDIVIDED INTEREST OR SHARE IN THE COMMON ELEMENTS AND ANY AMENDMENTS THERETO..**

**A/K/A: 2800 North Atlantic Ave., #409 , DAYTONA BEACH, FL 32118**

3. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property and to take possession of the subject property, and Movant shall not seek an *in personam* judgment against Debtors.

4. The fourteen (14) day stay provided for by Bankruptcy Rule 4001 (a)(3) is waived so that Movant can pursue its *in rem* remedies without further delay.

Dated this __24__ day of April , 2013, in Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Copies Furnished to:

**Jack Aberman**
PO Box 265302
Daytona Beach, FL 32126

**Scott W Spradley**
Law Offices of Scott W Spradley PA
PO Box 1
109 South 5th Street
Flagler Beach, FL 32136

*U.S. Trustee*
**United States Trustee - JAX 11**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

**Elena L Escamilla**
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801