Prepared By:
Fifth Third Bank
MD: 1MOB21
38 Fountain Square Plaza
Cincinnati, OH 45263

---

**Executed on: September 24, 2010**   **Original Loan Number:** ███████
                                       **Loan Number:** ███████

## CORPORATION ASSIGNMENT OF MORTGAGE

For valuable consideration, the undersigned hereby grants, assigns, and transfers to:
_DLJ MORTGAGE Capital, INC_

---

All interest under that certain Mortgage dated: **12/1/2004**
Executed by: **JACK ABERMAN**
Mortgager as per mortgage recorded as _12/15/2004_
Recorded on _BK 5455 Pg 4350_ of official records in the county recorder's office of **Volusia** County, State of **FL**. Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

**Property Address: 508 EASTWOOD AVE DAYTONA BEACH, FL 32118**
**Mortgage Amount:** ~~$243000.00~~ _$242,582.00_

Witness:                                    Fifth Third Bank
                                            38 Fountain Square Plaza
                                            Cincinnati, OH 45263

_[signature]_                               _[signature]_
**Todd Reese**, Witness                     **Randy Jones**, Authorized Signer

_[signature]_
**Erin Smith**, Witness

State of **Ohio**
County of **Hamilton**, SS:

Be it remembered, that on **September 24, 2010**, before me, the subscribed, a Notary Public in and for said County and State, personally appeared Randy Jones, Authorized Signer of Fifth Third Bank, the signer of the foregoing instrument, personally acknowledge to and before me the free act and deed of the said corporation.

In testimony whereof, I have hereunto subscribed my name and affixed my Notarial Seal on the day and year last aforesaid,

*Witness my hand official seal*                Signature _Bonnie White_
                                                Notary Public in and for said
                                                County and State Commission Expires

BONNIE WHITE
Notary Public  State of Ohio
My Commission Expires
October 16, 2011


EXHIBIT "A"

Case 3:13-bk-00165-JAF   Doc 246-3   Filed 09/09/13

Instrument# 2012-144338 # 2
Book: 6746
Page: 953
Diane M. Matousek
Volusia County, Clerk of Court

## SCHEDULE A

THE FOLLOWING REAL PROPERTY SITUATE IN COUNTY OF VOLUSIA AND STATE OF FLORIDA, DESCRIBED AS FOLLOWS:

A PORTION OF LOT 23, BLOCK 1, HOUSTON SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN DEED BOOK P, PAGE 583, PUBLIC RECORDS, FLORIDA, MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE SOUTH LINE OF LOT 23, SAID POINT BEING LOCATED A DISTANCE OF 1019.66 FEET EAST OF THE EASTERLY LINE OF SOUTH PENINSULA DRIVE AS NOW LAID OUT; THENCE EASTERLY ALONG THE SOUTH LINE OF LOT 23, A DISTANCE OF 55.93 FEET; THENCE NORTHERLY AT RIGHT ANGLES TO THE SOUTH LINE OF SAID LOT 23, A DISTANCE OF 80 FEET; THENCE WESTERLY AND PARALLEL TO THE SOUTH LINE OF LOT 23, A DISTANCE OF 55.93 FEET; THENCE SOUTHERLY A DISTANCE OF 80 FEET TO THE POINT OF BEGINNING.

PARCEL ID: 33150915010238

PROPERTY ADDRESS: 508 EASTWOOD LANE